UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lacey C. Lybarger,  Case No. 3:24-cv-1013

        Plaintiff,

v.  ORDER AND
JUDGEMENT ENTRY

Commissioner of Social Security,

        Defendant.

On December 17, 2024, United States Magistrate Judge James E. Grimes Jr. issued a Report and Recommendation ("R & R") recommending I affirm the Commissioner of Social Security's decision denying Plaintiff's application for Disability Insurance Benefits. (Doc. No. 10). In the R & R, he notified the parties:

> Any objections to this Report and Recommendation must be filed with the Clerk of Court within 14 days after the party objecting has been served with a copy of this Report and Recommendation. 28 U.S.C. § 636(b)(1). Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F.3d 520, 530–31 (6th Cir. 2019).

(*Id.* at 39).

Plaintiff filed a response to the R & R, stating she would not be filing objections to Judge Grimes's R & R. (Doc. No. 11). The Commissioner filed nothing in response to the R & R.

Without objection by any party, I adopt Judge Grimes's R & R in its entirety as the final Order of this Court. The Commissioner's decision is affirmed, and this case is closed.

So Ordered.

                                                     s/ Jeffrey J. Helmick
                                                     United States District Judge